

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2015

No. 04-15-00423-CV

**INTEREST OF J.G.M.**, a child,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01833
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    The State's Motion for Extension of Time to File Brief is GRANTED.  Time is extended to September 28, 2015.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court